## Commonwealth *v.* Stonier, Appellant.

 Argued March 18, 1976. *Richard R. Fink,* Assistant Public Defender, with him *Arthur R. Sagoskin,* Assistant Public Defender, for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Taylor, Appellant.

 Argued March 16, 1976. *Joseph A. Tate,* with him *Schnader, Harrison, Segal & Lewis,* for appellant; *John M. DiDonato,* Assistant District Attorney, with him *Deborah E. Glass* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., absent.